**Opinion filed March 16, 2023**



In The

# Eleventh Court of Appeals

_____

## Nos. 11-23-00039-CR & 11-23-00040-CR

_____

## IN RE OSIEL ALVAREZ

---

### Original Mandamus Proceedings

---

### M E M O R A N D U M   O P I N I O N

Relator, Osiel Alvarez, has filed a petition for writ of mandamus relating to a previous felony conviction for aggravated robbery—trial court cause no. A-42,672 (our Cause No. 11-23-00039-CR)—and a previous felony conviction for aggravated assault with a deadly weapon—trial court cause no. B-41,501 (our Cause No. 11-23-00040-CR).  Relator requests that we issue a writ of mandamus to the Honorable Denn Whalen, judge of the 70th District Court of Ector County, to require him to enter a ruling on a motion for nunc pro tunc, in both trial court cause numbers.  We dismiss these mandamus proceedings for want of jurisdiction.

Relator asserts that he mailed the motion for nunc pro tunc to the district clerk on July 8, 2022, and that it was filed by the district clerk on July 12, 2022.  Upon

receiving and filing Relator's petition for writ of mandamus and the attachments thereto, the clerk of this court contacted the district clerk of Ector County to inquire as to whether the trial court had ruled on Relator's motion for nunc pro tunc. The district clerk subsequently provided this court with a copy of an order signed by Judge Whalen on July 18, 2022. In that order, Judge Whalen denied Relator's motion for nunc pro tunc in trial court cause nos. A-42,672 and B-41,501. Because Judge Whalen has already ruled on Relator's motion for nunc pro tunc, Relator has received all of the relief that he requested in his petition for writ of mandamus. Therefore, these mandamus proceedings are moot. We have no jurisdiction to decide a moot controversy. *Guardianship of Fairley*, 650 S.W.3d 372, 379 (Tex. 2022); *Nat'l Collegiate Athletic Ass'n v. Jones*, 1 S.W.3d 83, 86 (Tex. 1999).

Accordingly, we dismiss these mandamus proceedings for want of jurisdiction.

PER CURIAM

March 16, 2023

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.